# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DIXON | CIVIL ACTION |
| VERSUS | |
| | 18-747-SDD-EWD |
| RESTORE LOUISIANA HOMEOWNER PROGRAM, ET AL. | |

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated December 7, 2020, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's herein.

**ACCORDINGLY**, this matter is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute under Fed. R. Civ. P. 41(b) and for failure to serve under Fed. R. Civ. P. 4(m).

Signed in Baton Rouge, Louisiana on January 8, 2021.

*/s/ Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 26.